IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEESLING HOLLYWOOD HILL MANAGEMENT, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY, <br><br> Defendant. | Case No. C20-5031RSM <br><br> MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:  On February 11, 2020, this matter was stayed for 90 days pending the outcome of administrative hearings before the Washington Growth Management Hearing Board ("the Board").  Dkt. #14.  Parties filed a Joint Status Report on May 12, 2020, advising that the Board extended the stay of its administrative proceedings to facilitate settlement for an additional 90 days.  Dkt. #15.  Parties agreed to stay this case for an additional 90 days pending potential settlement, with an obligation to file a joint status report before expiration of those ninety days.  *Id.*  On August 31, 2020, this case was transferred to the Honorable Ricardo S. Martinez.  Dkt. #16.

MINUTE ORDER– 1

No update has been filed in the last three months. Accordingly, parties are directed to file a Joint Status Report no later than **September 25, 2020**, advising the Court of the status of this matter.

DATED this 14th day of September, 2020.

                                          WILLIAM McCOOL, Clerk
                                        UNITED STATES DISTRICT COURT

                                        By:    /s/ Paula McNabb
                                                     Deputy Clerk

MINUTE ORDER– 2